# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | : | |
| Richard Dickinson, | : | |
| | : | Civil Action No.:  1:12-cv-10286-JCB |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| First Financial Asset Management, Inc.; and | : | |
| DOES 1-10, inclusive, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
### <u>PURSUANT TO RULE 41(a)</u>

Richard Dickinson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 8, 2012

Respectfully submitted,

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg          
Sergei Lemberg